**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BOBBY SMITH,

        Plaintiff,

v.                                                          Case No. 3:11-cv-1173-J-34JRK

ELITE TOWING OF JACKSONVILLE,
INC., a Florida corporation,

        Defendant.
_____

## **O R D E R**

**THIS CAUSE** is before the Court on Magistrate Judge James R. Klindt's Report and Recommendation (Dkt. No. 13; Report), entered on February 16, 2012, recommending that the Joint Motion for Court Approval of Settlement Agreement and Dismissal With Prejudice and Incorporated Memorandum of Law (Dkt. No. 11; Motion) be granted, that the Court enter an Order and Stipulated Final Judgment approving the parties' settlement, and that this case be dismissed with prejudice. See Report at 3-4. On March 21, 2012, the parties filed a notice advising the Court that they did not object to the Report and Recommendation. See Joint Notice of Non-Objection to United States Magistrate Judge's Report and Recommendation (Dkt. No. 14).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo

review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

The Court has conducted an independent examination of the record in this case and a de novo review of the legal conclusions. Plaintiff filed suit against Defendant pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (FLSA), seeking recovery of unpaid overtime. See Complaint (Dkt. No. 2). Thereafter, the parties engaged in settlement negotiations, which resulted in a resolution of the issues and claims raised in this case. See Motion (Dkt. No. 11). Upon review of the record, including the Report, Motion, and Settlement Agreement, the undersigned concludes that the settlement represents a "reasonable and fair" resolution of Plaintiff's FLSA claims. Accordingly, the Court will accept and adopt Judge Klindt's Report.

In light of the foregoing, it is hereby **ORDERED:**

1. Magistrate Judge James R. Klindt's Report and Recommendation (Dkt. No. 13) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion for Court Approval of Settlement Agreement and Dismissal With Prejudice and Incorporated Memorandum of Law (Dkt. No. 11) is **GRANTED**.

3. For purposes of satisfying the FLSA, the Settlement Agreement is **APPROVED**.

4. The Clerk of the Court is directed to enter a Stipulated Final Judgment in favor of Plaintiff Bobby Smith and against Defendant Elite Towing of Jacksonville, Inc. for the following:

    a. Unpaid wages in the amount of $500.00 less applicable taxes, for a net amount due to Plaintiff of $471.75;

    b. Liquidated damages in the amount of $500.00; and

    c. Attorney's fees in the amount of $750.00.

5. Each party shall otherwise bear its own fees and costs.

6. The Clerk of the Court is further directed to terminate any pending motions or deadlines as moot, and close this file.

**DONE AND ORDERED** in Jacksonville, Florida, this 2nd day of April, 2012.

*[Signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Hon. James R. Klindt

Counsel of Record